## Intended Notice Recipients – Method of Notice

District/Off: 0861–5                    User: lori                              Date Created: 9/3/2008

Case: 5:07–ap–07366                     Form ID: pdfwotrm                        Total: 8

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov, Joyce.N.Talley@usdoj.gov, Cecilia.A.Boyle@usdoj.gov |
| aty | Frank H. Falkner | ffalkner@roselawfirm.com, skirk@roselawfirm.com |
| aty | Herbert C. Rule, III | hrule@roselawfirm.com, mbarnes@roselawfirm.com |
| aty | James D. Sprott | jimsprott@alltel.net |
| aty | Stanley V Bond | attybond@me.com, attybond.cmecf@sbcglobal.net, attybond.maindesk@sbcglobal.net, attybond@yahoo.com |

TOTAL: 5

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| pla | Betty's Homes, Inc. | 2844 Bella Vista Way | | Bella Vista, AR 72714 |
| dft | Cooper Homes, Inc. | 903 North 47th St. | | Rogers, AR 72756 |
| intp | Community First Bank–Pea Ridge | | PO Box 27 | Pea Ridge, AR 72751 |

TOTAL: 3